Brock M. Weidner
Attorney at Law
P.O. Box 35152
Juneau, Alaska 99803
(907) 790-4434
Attorney for Debtor

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Brock M. Weidner,     ) | |
|                          ) | |
|         Plaintiff,     ) | Case No. |
|                          ) | |
|     vs.                     ) | |
|                          ) | |
| Pay Pal, Inc.,          ) | |
|                          ) | |
|        Defendant.   ) | |
| _____) | |

**COMPLAINT FOR DAMAGES**

    NOW COMES the Plaintiff, Brock M. Weidner, and for a cause of action, states to the Court as follows:

    (1) Plaintiff is an Alaska resident, practicing law and doing business in the City and Borough of Juneau, State of Alaska;

    (2) Pay Pal, Inc., (Hereafter "Defendant") is an out-of-state Corporation, not licensed in Alaska, doing business as a banking company throughout the world;

    (3) This cause of action arose in the State of Alaska, City and Borough of Juneau, on or about February 3rd, 2006;

    (4) All events took place at various locations through the United States;

(5) This is an action for defamation, resulting from unauthorized communications from Plaintiff to third parties that Plaintiff was being "investigated" for fraud or unauthorized transactions, and by purposely telling Ebay Sellers that Plaintiff had reversed funds by filing a complaint, Defendant knowing that said allegations were false;

(6) Defendant furthermore, without permission from Plaintiff or any member of his law firm, wrote to clients, associates and customers of Plaintiff seeking information about their relationship, history, services, and other personal information, despite representations via the internet and voice recording on 1-888-221-1161 that Pay Pal does not send emails requesting personal information of account holders.

(7) Defendant furthermore defamed Plaintiff by advising Sellers on Ebay to report Plaintiff to the FBI and U.S. Postal Inspector, Defendant knowing that all accounts and funds from Plaintiff were legitigate, that any problems with Plaintiff's Pay Pal account were caused by errors on the part of Defendant for failing to credit Plaintiff's Pay Pal account with $900.00 for several months, as later admitted by Defendant;

(8) As a direct result of these false and purposeful communications, Plaintiff and his law firm has suffered defamation and irreparable harm;

WHEREFORE, Plaintiff makes claim for damages in the amount of $100,000 for defamation and willful misconduct, attorney's fees, costs associated with this action, and other relief found by the court just in the premises.

Dated: March 27, 2006

By: _____
Brock M. Weidner
Alaska Bar 9404014