Subj:  **PayPal Notification: Temporary Hold Pending Investigation (Routing Code: C840-L001-Q410-T3320)**
Date:  2/16/2006 7:40:24 PM Alaskan Standard Time
From:  service@paypal.com
Reply-to: pending_reversal@paypal.com
To:    nikonosrepair@aol.com
*Sent from the Internet (Details)*

Dear Bob Warkentin,

It has come to our attention that you may be the recipient of potentially unauthorized funds. We have initiated an investigation into this event. In the meantime, we have placed a temporary hold on the funds in question until the investigation is complete. This temporary hold will show as a deduction in your available balance. In the meantime, you are free to continue transacting using your PayPal account.

Transaction Date: Feb. 4, 2006 09:15:23 PST
Transaction Amount: $349.00 USD
Payor's Email: alasknkid@aol.com

If you have not delivered the goods or services related to this transaction, we ask that you delay or stop delivery until our investigation is complete as you may be liable for the amount in question.

To assist us in our investigation, please send an email to pending_reversal@paypal.com with the following information:

1. The item, service or purpose of the purchase, and the associated value;
2. The name and address given to you by the sender (if an item was purchased);
3. If shipped, the company used for shipping, date of shipment, and tracking number for the shipment;
4. Details of any other transactions related to the transaction(s) in question;
5. A phone number where you can be reached during the day and evening; and
6. Insurance information, if applicable.

Any additional information you have regarding this transaction, such as email correspondence, will further help us to expedite our investigation. Solving these cases helps us continue to offer PayPal as a secure and cost-effective payment service. We appreciate your cooperation and assistance.

Sincerely,
PayPal Account Review Team

---------------------------------------------------------------
PROTECT YOUR PASSWORD

NEVER give your password to anyone, including PayPal employees. Protect yourself against fraudulent websites by opening a new web browser (e.g. Internet Explorer or Netscape) and

typing in the PayPal URL every time you log in to your account.

---------------------------------------------------------------

PayPal Email ID PP231