Subj:   **Regarding Your Recent PayPal Inquiry (KMM41141447V46176L0KM) :kf1**
Date:   3/8/2006 10:32:08 AM Alaskan Standard Time
From:   crme@paypal.com
To:     LawNorth@aol.com

Dear Brock Weidner,

Thank you for contacting PayPal. Please accept my apology for any difficulties you may have experienced while using our service. My name is Emily and I work for the office of Executive Escalations. Your concerns regarding your account limitations were recently forwarded to our office for review in the hope that we might be able to assist you further.

I attempted to contact you several times by telephone, utilizing the numbers registered on your PayPal accounts, but I received an automated message stating, ☐Your party is not answering, please try your call later.☐ As a result, I am following-up with an email to address your concerns. You may also contact me directly at (402) 938-3749 to discuss your concerns.

A review of your PayPal account, under the e-mail address LawNorth@aol.com, shows that on March 22, 2004 your account was taken negative $900.00 for Buyer Complaint Case PP-072-557-372 filed by Michael Crumley, arcticflyer@alaska.com, for non-receipt. The case closed in the buyer☐s favor, as you were unable to provide valid tracking with signature confirmation that the buyer received the item. Since you did not recover your account from the negative balance incurred due to the reversal in a timely fashion, your account was locked from further use of our service and the negative balance was charged-off to our third-party collection agency, NCO Financial Services on July 18, 2005.

Further review of case PP-072-557-372 shows that the case was closed incorrectly, as the buyer did state that an item was received, but then indicated that the item was significantly not as described. Since this case was closed in the buyer☐s favor due to an oversight by PayPal, I have credited $900.59 to your account. The additional $.59 credit is for a previous negative balance incurred due to an ATM fee from a debit card withdrawal on March 19, 2005.

A review of your PayPal account, under the e-mail address alasknkid@aol.com, shows that on February 5, 2006, your account was placed under limited access when it was discovered that your account was linked to another PayPal account under the email address lawnorth2000@yahoo.com. In addition to resolving the issues on the linked account, at the time your account was limited, PayPal requested that you complete the following: confirm any bank account and confirm location. Records indicate you have confirmed your bank account.