Brock M. Weidner
Attorney at Law
P.O. Box 35152
Juneau, Alaska 99803
(907) 790-4434

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Brock M. Weidner, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1-06-cv-00007-JWS |
| | ) | |
| vs. | ) | |
| | ) | |
| Pay Pal, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>PROOF OF SERVICE</u>

NOW COMES the Plaintiff, Brock M. Weidner, and states to the court that the above Defendant was served pursuant to Civil Rule 4 of the Alaska Rules of Civil Procedure, as evidenced by the receipt for service attached hereto.

Dated:  July 19, 2006

By:  _____
              Brock M. Weidner
              Alaska Bar 9404014