Brock M. Weidner
Attorney at Law
P.O. Box 35152
Juneau, Alaska 99803
(907) 790-4434
Attorney for Debtor

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Brock M. Weidner, | ) |
| | ) |
|     Plaintiff, | )    Case No. 1-06-cv-00007-JWS |
| | ) |
|     vs. | ) |
| | ) |
| Pay Pal, Inc., | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

## PROOF OF SERVICE

    NOW COMES the Plaintiff, Brock M. Weidner, and states to the court that the above Defendant was served pursuant to Civil Rule 4 of the Alaska Rules of Civil Procedure, as evidenced by the receipt for service attached hereto.

Dated:  July 19, 2006

By:      /s/ Brock M. Weidner
        Brock M. Weidner
        Alaska Bar 9404014