Brock M. Weidner
Attorney at Law
P.O. Box 35152
Juneau, Alaska 99803
(907) 790-4434
Attorney for Debtor

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Brock M. Weidner, )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>Pay Pal, Inc., )<br>)<br>    Defendant. )<br>_____) | Case No. 1-06-cv-00007-JWS |

### PROOF OF SERVICE

    NOW COMES the Plaintiff, Brock M. Weidner, and states to the court that the above Defendant was served pursuant to Civil Rule 4 of the Alaska Rules of Civil Procedure, as evidenced by the receipt for service attached hereto.

Dated: July 19, 2006

By:       /s/ Brock M. Weidner
          Brock M. Weidner
          Alaska Bar 9404014
          PO Box 35152
          Juneau, Alaska 99803
          Email: LawNorth@aol.com