Brock M. Weidner
Attorney at Law
P.O. Box 35152
Juneau, Alaska 99803
(907) 790-4434

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Brock M. Weidner, )<br>)<br>        Plaintiff, )<br>)<br>vs. )<br>)<br>Pay Pal, Inc., )<br>)<br>        Defendant. )<br>_____) | Case No. 1-06-cv-00007-JWS |

### MOTION FOR JUDGMENT BY DEFAULT

     NOW COMES the Plaintiff, Brock M. Weidner, and moves the Court for the entry of Judgment by Default for the reason that Defendant was duly served with a copy of the Summons and the Complaint in this matter and has failed to respond or otherwise answer.

     WHEREFORE Plaintiff prays for entry of an Order of Default.

Dated:  August 5, 2006

By:       /s/ Brock M. Weidner
          Brock M. Weidner
          Alaska Bar 9404014
          POB 35152
          Juneau, AK 99803
          Email: LawNorth@aol.com
          (907) 790-4434

### Certificate of Service

I, Brock M. Weidner, hereby certify that the Defendant was served with a copy of this Motion for Entry of Default by mailing same to him, postage prepaid, first class mail This 5th day of August, 2006.

/s/ Brock M. Weidner
Brock M. Weidner