**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

BROCK M. WEIDNER    v.    PAY PAL, INC.

THE HONORABLE JOHN W. SEDWICK    CASE NO.    1:06-cv-00007-JWS

Deputy Clerk    Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

At docket 8, plaintiff has filed what he titled "Motion for Judgment by Default. The text asks for both a default judgment and an order of default. The motion at docket 8 conflates the entry of default governed by Rule 55(a) with the entry of a default judgment which is governed by Rule 55(b). The process occurs in two steps. First, a party applies for entry of default by the Clerk. If default is entered, then the party moves for default judgment, which, depending on the circumstances, must be addressed either by the Clerk or by the Judge.

Even were the court to treat the motion at docket 8 as if it were a motion seeking the entry of default pursuant to Rule 55(a), the Clerk could not enter default, because the application at docket 8 is not supported by an affidavit as required by Rule 55(a).

For the reasons above, the motion at docket 8 is **DENIED**. In view of plaintiff's good faith, if inept, attempt to comply with the order at docket 7, the court will extend the time for compliance with the order at docket 7 until August 21, 2006.

DATE: August 8, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: prr
Deputy Clerk

[FORMS*IA*]