BROWN, WALLER & GIBBS, P.C.
RICHARD L. WALLER
(rlwaller@pobox.alaska.net)
821 N Street, Suite 202
Anchorage, AK 99501-3285
Phone: (907) 276-2050
Fax: (907) 276-2051

COOLEY GODWARD LLP
MICHAEL G. RHODES
(rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL
(jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

Attorneys for Defendant
PayPal, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>    Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | Case No. 1:06-cv-00007-JWS<br><br>**PAYPAL, INC'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

509573 v1/SD

1:06-CV-00007-JWS
PAYPAL'S DISCLOSURE PURSUANT TO RULE 7.1

1   Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and
2   Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned
3   counsel for defendant PayPal, Inc. certifies the following:
4   PayPal, Inc.'s corporate parent is eBay Inc. No other publicly-held corporation owns 10%
5   or more of PayPal, Inc.'s stock.

DATED at Anchorage, Alaska this 9th day of August, 2006.

BROWN, WALLER & GIBBS
Attorneys for Defendant PayPal, Inc.

By: /s/ Richard L. Waller
Richard L. Waller
Alaska Bar No. 7805025

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing was mailed on the 9th day of August, 2006 to the following:

Brock M. Weidner
Law Offices of Brock M. Weidner
P.O. Box 35152
Juneau, Alaska 99803-5152

/s/ Meghan Moroney
Meghan Moroney

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

509573 v1/SD

1.

1:06-CV-00007-JWS
PAYPAL'S DISCLOSURE PURSUANT TO RULE 7.1