1  BROWN, WALLER & GIBBS, P.C.
2  RICHARD L. WALLER
   (rlwaller@pobox.alaska.net)
3  821 N Street, Suite 202
   Anchorage, AK 99501-3285
4  Phone: (907) 276-2050
   Fax: (907) 276-2051
5

6  COOLEY GODWARD LLP
   MICHAEL G. RHODES
7  (rhodesmg@cooley.com)
   JOSEPH S. LEVENTHAL
8  (jleventhal@cooley.com)
   4401 Eastgate Mall
9  San Diego, California 92121
   Phone: (858) 550-6000
10 Fax: (858) 550-6420

11 Attorneys for Defendant
   PayPal, Inc.
12

13             UNITED STATES DISTRICT COURT
14             FOR THE DISTRICT OF ALASKA
15

16 BROCK M. WEIDNER,              Case No. 1:06-cv-00007-JWS
17         Plaintiff,              **ENTRY OF APPEARANCE**
18    v.
19 PAYPAL, INC.,
20         Defendant.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

509573 v1/SD

1:06-CV-00007-JWS
ENTRY OF APPEARANCE

BROWN, WALLER & GIBBS hereby enters its appearance on behalf of Defendant PAYPAL, INC., in the above-entitled action and requests that copies of any and all pleadings be mailed to the firm at 821 N Street, Suite 202, Anchorage, Alaska, 99501.

DATED at Anchorage, Alaska this ___ day of August, 2006.

BROWN, WALLER & GIBBS
Attorneys for Defendant PayPal, Inc.

By: _____
Richard L. Waller
Alaska Bar No. 7805025

CERTIFICATE OF SERVICE
I hereby certify that a true and correct copy of the foregoing was mailed on the 9th day of August, 2006 to the following:

Brock M. Weidner
Law Offices of Brock M. Weidner
P.O. Box 35152
Juneau, Alaska 99803-5152

_____
Meghan Moroney

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

509573 v1/SD

1.

1:06-CV-00007-JWS
ENTRY OF APPEARANCE