BROWN, WALLER & GIBBS, P.C.
RICHARD L. WALLER
(rlwaller@pobox.alaska.net)
821 N Street, Suite 202
Anchorage, AK 99501-3285
Phone: (907) 276-2050
Fax: (907) 276-2051

COOLEY GODWARD LLP
MICHAEL G. RHODES
(rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL
(jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

Attorneys for Defendant
PayPal, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>       Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>       Defendant. | Case No. 1:06-cv-00007-JWS<br><br>**DECLARATION OF DAVID BILLINGS IN SUPPORT OF PAYPAL, INC.'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1), (2), (3), (5)** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

509029 v3/SD

1:06-CV-00007-JWS
BILLINGS DECL. ISO PAYPAL'S OPP. TO MOT.
FOR DEFAULT & CROSS-MOTION TO DISMISS

I, David Billings, hereby declare as follows:

1. I am over the age of 18 years and not a party to this action. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. My business address is 12312 Port Grace Boulevard, La Vista, Nebraska 68128.

3. I am employed by PayPal, Inc., in the position of Escalations Specialist.

4. PayPal, Inc. received a copy of Mr. Weidner's complaint at a Post Office box in Omaha, Nebraska, on April 10, 2006. The complaint did not include a summons. The complaint contained no stamp or other indication that it had been filed with the Court nor did it include a case number.

I declare under penalty of perjury under the laws of the State of Nebraska that the foregoing is true and correct. Executed on August 8, 2006, at La Vista, Nebraska.



David Billings

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

1.
509029 v3/SD

1:06-CV-00007-JWS
BILLINGS DECL. ISO PAYPAL'S OPP. TO MOT. FOR DEFAULT & CROSS-MOTION TO DISMISS

BROWN, WALLER & GIBBS, P.C.
RICHARD L. WALLER
(rlwaller@pobox.alaska.net)
821 N Street, Suite 202
Anchorage, AK 99501-3285
Phone: (907) 276-2050
Fax: (907) 276-2051

COOLEY GODWARD LLP
MICHAEL G. RHODES
(rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL
(jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

Attorneys for Defendant
PayPal, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>        Plaintiff,<br><br>  v.<br><br>PAYPAL, INC.,<br><br>        Defendant. | Case No. 1:06-cv-00007-JWS<br><br>**Declaration of Christopher G. Ferro In Support of PayPal, Inc.'s Opposition to Motion for Judgment by Default and Cross-Motion To Dismiss Complaint Pursuant to Fed. R. Civ. P. 12(b)(1), (2), (3), (5)** |

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

1:06-CV-00007-JWS
FERRO DECL. ISO PAYPAL'S OPP. TO MOTION
FOR DEFAULT & CROSS-MOTION TO DISMISS

I, Christopher G. Ferro, declare as follows:

1. I am Senior Counsel for PayPal, Inc. ("PayPal"). I have personal knowledge of the following facts and, if called upon to testify, I could and would testify competently thereto.

2. I had extensive communications with Brock Weidner prior to the filing of his lawsuit. Through those communications, I sought to resolve Mr. Weidner's concerns with his PayPal account.

3. It became quickly clear, however, that Mr. Weidner was not interested in resolution of his concerns without some payment from PayPal. For example, during the course of our discussions in early 2006, Mr. Weidner claimed that PayPal's actions caused him $25,000 in damages, and he demanded payment of that amount, or else he would file suit against PayPal. In correspondence dated February 23, 2006, Mr. Weidner sent PayPal a draft of his complaint, which then sought damages totaling $100,000.

4. When it became clear that Mr. Weidner was only interested in suing PayPal, I explained to him the requirements for doing so under the User Agreement. During the course of these discussions, I informed Mr. Weidner that PayPal was headquartered in Santa Clara County, California. I also advised him that the User Agreement required him to arbitrate, or to file his action in Santa Clara County, California. I further informed Mr. Weidner of the significant legal deficiencies in his draft complaint, and urged him to correct them prior to filing suit.

5. To my knowledge, no one at PayPal was aware that it had been sued by Mr. Weidner, nor that it was obligated to respond to the complaint, until it received the motion for judgment by default on July 27, 2006. No affidavit accompanied the motion for judgment by default.

///

///

DOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

1:06-CV-00007-JWS
FERRO DECL. ISO PAYPAL'S OPP. TO MOTION
FOR DEFAULT & CROSS-MOTION TO DISMISS

1  ///
2  ///
3
4  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 9, 2006, at San Jose, California.

*[signature]*
Christopher G. Ferro

DOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

1:06-CV-00007-JWS
FERRO DECL. ISO PAYPAL'S OPP. TO MOTION
FOR DEFAULT & CROSS-MOTION TO DISMISS