RICHARD L. WALLER, ASBA No. 7805025
BROWN, WALLER & GIBBS, P.C.
821 N Street, Suite 202
Anchorage, AK 99501-3285
Phone: (907) 276-2050
Fax: (907) 276-2051
(rlwaller@pobox.alaska.net)

Attorneys for Defendant
PayPal, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER, | Case No. 1:06-cv-00007-JWS |
| Plaintiff, | **MOTION FOR NON-RESIDENT ATTORNEY TO PARTICIPATE** |
| v. | |
| PAYPAL, INC., | |
| Defendant. | |

To the Honorable Judge of the above-entitled court:

I hereby apply for permission to appear and participate as counsel for defendant PayPal, Inc., in the above-entitled cause, pursuant to Rule 83.1(d) of the Local Rules of the United States District Court, District of Alaska.

I hereby designate, Richard L. Waller of Brown, Waller & Gibbs P.C., 821 N Street, Suite 202, Anchorage, AK 99501-3285, a member of the Bar of this Court, who maintains an office at the place within the District, at which the action is pending for the practice of law, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

/ / /

/ / /

/ / /

Attached hereto is a Certificate of Good Standing from the California Supreme Court as well as my affidavit in support of admission. I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

I have read the local rules of this court.

Dated this 17th day of August, 2006

COOLEY GODWARD LLP
Attorneys for Defendant PayPal, Inc.

By: _____
Joseph S. Leventhal
Cooley Godward LLP
4401 Eastgate Mall
San Diego, California 92121-1909
Tel: 858-550-6000
Fax: 858-550-6420
Email: jleventhal@cooley.com

I hereby consent to the granting of the foregoing application.

BROWN, WALLER & GIBBS, P.C.

Dated: August 18, 2006      _____
Richard Waller, ASBA No. 7805025
821 N Street, Suite 202
Anchorage, AK 99501-3285

**ORDER**

The foregoing application is hereby granted this ___ day of _____, 2006.

_____
The Honorable John W. Sedwick
Chief Judge of the United States District Court

509793 v1/SD