

# Supreme Court of California

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### JOSEPH SAMUEL LEVENTHAL

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that JOSEPH SAMUEL LEVENTHAL was on the 1ST day of DECEMBER 2002, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 14th day of AUGUST, 2006.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _Joseph Cornetta_
*Joseph Cornetta, Deputy Clerk*