1  RICHARD L. WALLER, ASBA No. 7805025
   BROWN, WALLER & GIBBS, P.C.
2  821 N Street, Suite 202
   Anchorage, AK 99501-3285
3  Phone: (907) 276-2050
4  Fax: (907) 276-2051
   (rlwaller@pobox.alaska.net)
5
   Attorneys for Defendant
6  PayPal, Inc.

7

8              UNITED STATES DISTRICT COURT

9              FOR THE DISTRICT OF ALASKA

10

11 BROCK M. WEIDNER,                    Case No. 1:06-cv-00007-JWS

12              Plaintiff,              AFFIDAVIT OF JOSEPH S. LEVENTHAL IN
                                        SUPPORT OF MOTION FOR NON-
13      v.                              RESIDENT ATTORNEY TO PARTICIPATE

14 PAYPAL, INC.,

15              Defendant.

16

17      Joseph S. Leventhal, upon his oath, does state as follows:

18      1.   I am over the age of 18 years and am competent to testify to the facts and matters

19 contained herein.

20      2.   I am not known by any variations of my name.

21      3.   My office address is Cooley Godward LLP, 4401 Eastgate Mall, San Diego, CA

22 92121-1909 and my residence address is 11250 Trailside Court, San Diego, CA 92121.

23

24      4.   I was admitted to practice in California in 2002 and have resided in the State of

25 California continuously since 2004. My bar number is 221043.

26      5.   I am not the subject of any pending disciplinary actions in any jurisdiction or

27 before any court to which I have been admitted to practice. I have never been suspended or

28

disbarred on account of disability or any other reason in any other jurisdiction or court to which I have been admitted to practice.

6. I have read Local Rules of the United States District Court in Alaska.

SWORN AND RESPECTFULLY SUBMITTED.

Dated this 17th day of August, 2006

_____
Joseph S. Leventhal

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF SAN DIEGO      )

On August 17, 2006 before me, Rula E. Lopez, Notary Public, personally appeared Joseph S. Leventhal, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Signature of Notary Public

509795 v1/SD

RULA E. LOPEZ
Commission # 1427119
Notary Public - California
San Diego County
My Comm. Expires Jun 28, 2007