

# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### MICHAEL GRAHAM RHODES

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL GRAHAM RHODES was on the 3RD day of DECEMBER 1984, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 14th day of AUGUST, 2006.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By_____
Joseph Cornetta, Deputy Clerk