RICHARD L. WALLER, ASBA No. 7805025
BROWN, WALLER & GIBBS, P.C.
821 N Street, Suite 202
Anchorage, AK 99501-3285
Phone: (907) 276-2050
Fax: (907) 276-2051
(rlwaller@pobox.alaska.net)

Attorneys for Defendant
PayPal, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL, INC., <br><br> Defendant. | Case No. 1:06-cv-00007-JWS <br><br> **AFFIDAVIT OF MICHAEL G. RHODES IN SUPPORT OF MOTION FOR NON-RESIDENT ATTORNEY TO PARTICIPATE** |

Michael G. Rhodes, upon his oath, does state as follows:

1. I am over the age of 18 years and am competent to testify to the facts and matters contained herein.

2. I am not known by any variations of my name.

3. My office address is Cooley Godward LLP, 4401 Eastgate Mall, San Diego, CA 92121-1909 and my residence address is 327 Pine Needles Drive, Del Mar, CA 92014.

4. I was admitted to practice in California in 1984 and have resided in the State of California continuously since 1965. My bar number is 116127.

5. I am not the subject of any pending disciplinary actions in any jurisdiction or before any court to which I have been admitted to practice. I have never been suspended or

1  disbarred on account of disability or any other reason in any other jurisdiction or court to which I have been admitted to practice.

3      6.    I have read Local Rules of the United States District Court in Alaska.

SWORN AND RESPECTFULLY SUBMITTED.

Dated this 21 day of August, 2006

                                          Michael G. Rhodes

STATE OF CALIFORNIA          )
                                        ) ss.
COUNTY OF SAN DIEGO       )

On August 21, 2006 before me, Rula E. Lopez, Notary Public, personally appeared Michael G. Rhodes, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

Witness my hand and official seal.

_____
Signature of Notary Public

RULA E. LOPEZ
Commission # 1427119
Notary Public - California
San Diego County
My Comm. Expires Jun 28, 2007

509794 v1/SD