RICHARD L. WALLER, ASBA No. 7805025
BROWN, WALLER & GIBBS, P.C.
821 N Street, Suite 202
Anchorage, AK 99501-3285
Phone: (907) 276-2050
Fax: (907) 276-2051
(rlwaller@pobox.alaska.net)

Attorneys for Defendant
PayPal, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>    Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>    Defendant. | Case No. 1:06-cv-00007-JWS<br><br>**MOTION FOR NON-RESIDENT ATTORNEY TO PARTICIPATE** |

To the Honorable Judge of the above-entitled court:

I hereby apply for permission to appear and participate as counsel for defendant PayPal, Inc., in the above-entitled cause, pursuant to Rule 83.1(d) of the Local Rules of the United States District Court, District of Alaska.

I hereby designate, Richard L. Waller of Brown, Waller & Gibbs P.C., 821 N Street, Suite 202, Anchorage, AK 99501-3285, a member of the Bar of this Court, who maintains an office at the place within the District, at which the action is pending for the practice of law, with whom the Court and opposing counsel may readily communicate regarding the conduct of the case.

/ / /

/ / /

/ / /

Attached hereto is a Certificate of Good Standing from the California Supreme Court as well as my affidavit in support of admission. I am not the subject of any pending disciplinary action in any jurisdiction or before any court to which I have been admitted to practice.

I have read the local rules of this court.

Dated this 24 day of August, 2006

        COOLEY GODWARD LLP
        Attorneys for Defendant PayPal, Inc.

By: _____
    Michael G. Rhodes
    Cooley Godward LLP
    4401 Eastgate Mall
    San Diego, California 92121-1909
    Tel: 858-550-6000
    Fax: 858-550-6420
    Email: mrhodes@cooley.com

I hereby consent to the granting of the foregoing application.

        BROWN, WALLER & GIBBS, P.C.

Dated: August 24, 2006

_____
Richard Waller, ASBA No. 7805025
821 N Street, Suite 202
Anchorage, AK 99501-3285

### ORDER

The foregoing application is hereby granted this ___ day of _____, 2006.

_____
The Honorable John W. Sedwick
Chief Judge of the United States District Court

509784 v1/SD

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

1:06-CV-00007-JWS
MOTION FOR NON-RESIDENT ATTORNEY TO PARTICIPATE