MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Weidner v. PayPal, Inc.*

THE HONORABLE JOHN W. SEDWICK          1:06-cv-00007 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          September 28, 2006

At docket numbers 15 and 19, non-resident attorneys Joseph Leventhal and Michael Rhodes, respectively, move for permission to appear and participate as counsel for defendant PayPal, Inc., in this matter pursuant to Rule 83.1(d), Local Rules of the United States District Court, District of Alaska. The motions are unopposed. As Mr. Leventhal and Mr. Rhodes have each associated with an active member of this court, filed an affidavit in compliance with Rule 83.1(d)(4), and a certificate of good standing from the California Supreme Court, the motions at docket numbers 15 and 19 are **GRANTED**.