BROWN, WALLER & GIBBS, P.C.
RICHARD L. WALLER
(rlwaller@pobox.alaska.net)
821 N Street, Suite 202
Anchorage, AK 99501-3285
Phone: (907) 276-2050
Fax: (907) 276-2051

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES
(rhodesmg@cooley.com)
JOSEPH S. LEVENTHAL
(jleventhal@cooley.com)
4401 Eastgate Mall
San Diego, California 92121
Phone: (858) 550-6000
Fax: (858) 550-6420

Attorneys for Defendant
PayPal, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>        Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>        Defendant. | Case No. 1:06-cv-00007-JWS<br><br>**NOTICE OF FIRM NAME CHANGE** |

TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective October 1, 2006, the name of the law firm serving as counsel of record for Defendant PAYPAL, INC., currently Cooley Godward LLP, has been changed to Cooley Godward Kronish LLP. The address and telephone number of the firm have not been changed.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

1:06-CV-00007-JWS
NOTICE OF FIRM NAME CHANGE

1 | Dated: October 1, 2006
2
3
4
5
6
7   513711 v1/SD

COOLEY GODWARD KRONISH LLP
MICHAEL G. RHODES
JOSEPH S. LEVENTHAL

_/s/ Joseph S. Leventhal_
Joseph S. Leventhal

Attorney for Defendant PayPal, Inc.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

1:06-CV-00007-JWS
NOTICE OF FIRM NAME CHANGE)