MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Weidner v. PayPal, Inc.*

THE HONORABLE JOHN W. SEDWICK             1:06-cv-00007 JWS

PROCEEDINGS:        **ORDER FROM CHAMBERS**        October 3, 2006

At docket 13, defendant PayPay, Inc., moves to dismiss plaintiff's complaint pursuant to Rule 12(b)(1), (2), (3), (5), and (6), Federal Rules of Civil Procedure. Plaintiff did not file an opposition to the motion.  Pursuant to Rule 7.1(d), Local Rules of the United States District Court, District of Alaska, failure to oppose a motion "subjects the motion to summary ruling by the court."

Defendant alleges that plaintiff's complaint should be dismissed under Rule 12(b)(1) for "lack of jurisdiction over the subject matter."  Having reviewed plaintiff's complaint, the court finds that plaintiff's complaint fails to contain "a short and plain statement of the grounds upon which the court's jurisdiction depends" as is required by Rule 8(a).  As this matter does not involve a federal question, it appears that plaintiff believes the court has diversity jurisdiction under 28 U.S.C. § 1332.  Defendant alleges that plaintiff's demand for $100,000 in damages has no correlation to plaintiff's claim and appears to be alleged merely to obtain federal court jurisdiction.  Defendant also provides undisputed evidence that in early 2006 plaintiff claimed that defendant's actions caused him $25,000 in damages.  Defendant's unopposed arguments appear to have merit.  For the reasons set out above, the court finds that plaintiff has failed to establish this court's subject matter jurisdiction.  Because the court lacks subject matter jurisdiction, the court declines to address the other grounds alleged in support of defendant's motion to dismiss.

The motion to dismiss at docket 13 is **GRANTED**, and this matter is **DISMISSED**.