```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

BROCK M. WEIDNER,
        Plaintiff,

                                   Case Number 1:06-cv-00007-JWS

v.

PAY PAL, INC.,
        Defendant.              **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**XX** **DECISION BY COURT.** The court found that it lacked subject matter jurisdiction.

      IT IS ORDERED AND ADJUDGED:

      THAT this matter is **DISMISSED**.

APPROVED:

/s/_____
JOHN W. SEDWICK
United States District Judge

_____
Date: October 4, 2006

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                        /s/_____
                                        Ida Romack, Clerk of Court

[106cv7JWS-judgment.wpd]{JMT2.WPT*Rev.3/03}