```
           UNITED STATES
           DISTRICT COURT
            District of Alaska
            Anchorage Division

          # 00129093 - PS
           October 16, 2006


    Code    Case #    Qty     Amount

    6855XX-N J0-6-7                 150.00 CK


          TOTAL→           150.00


    FROM: COOLEY FOR
          MICHAEL G. RHODES
          PRO HAC VICE
          1:06-CV-00007 JWS
```