```
           UNITED STATES
           DISTRICT COURT
            District of Alaska
            Anchorage Division

         #  00129094  -  PS
          October 16, 2006


   Code    Case #    Qty       Amount

   6855XX-N J0-6-7              150.00 CK


        TOTAL→         150.00


   FROM: COOLEY FOR
         JOSEPH F. LEVENTHAL
         PRO HAC VICE
         1:06-CV-00007 JWS
```